# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        **v.**

**JASON LEE JOHNSON,**

        **Defendants.**

**Case No.  CR03-5495RBL**

**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION**

**THIS MATTER comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.**

**The plaintiff appears through Assistant United States Attorney, Michael Dion.**

**The defendant appears personally and represented by counsel, Thomas Cena.**

**The U.S. Probation Office has filed a petition alleging violation of the terms and conditions of supervision by failing to reside at and satisfactorily participate in the Community Corrections Center or Comprehensive Sanction Center program for up to 120 days or until discharged by the Community Corrections Manager with the approval of the US Probation Officer; the defendant has been advised of the allegations; the defendant has been advised of his right to a hearing and the maximum consequences if found to have been in violation; and the defendant having freely and voluntarily acknowledged the alleged violations.**

**NOW THEREFORE, the court finds the defendant has violated the conditions of his supervision and schedules a disposition hearing before the Honorable Ronald B. Leighton:**

    *Date of hearing: Wednesday, November 30, 2005*

    *Time of hearing: 11:00am*

**IT IS ORDERED that the defendant be detained for failing to show that he will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.**

**The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.**

        **November 14, 2005.**

        **s/ Karen L. Strombom**
        **Karen L. Strombom, U.S. Magistrate Judge**